### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LYNNE RIEFE, VINCENT WILCHER, | ) | |
| and JAMES KNOLL, on behalf of | ) | |
| themselves and others similarly situated, | ) | |
| | ) | Civil Action No. 2:18-cv-00658-DSC |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PPG ARCHITECTURAL FINISHES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER DISMISSING ACTION WITH PREJUDICE

Having considered the Parties' Stipulation to Dismiss the complaint of Plaintiffs LYNN RIEFE, VINCENT WILCHER, and JAMES KNOLL ("Plaintiffs"), and for good cause appearing, THE COURT HEREBY ORDERS that the Parties' Stipulation is APPROVED and GRANTED.  The Parties report that Defendant and Plaintiffs have entered into a Settlement Agreement and Release which resolves a *bona fide* dispute between them with regard to the merits of Plaintiffs' claims.  Pursuant to Rule 41 of the Federal Rules of Civil Procedure, this action is **DISMISSED WITH PREJUDICE**, each party to bear its/his own costs.

**IT IS SO ORDERED**, this __21st__ day of December, 2018.

s/ DAVID STEWART CERCONE
_____
David Stewart Cercone
Senior United States District Judge